IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**OTIS LEE HUGHES**                                                                                         **PLAINTIFF**

V.                                        **CASE NO. 5:15-CV-345-BD**

**BRAD HARRIS**                                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE